UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

2009 JUL 31 PM 2:39

| UNITED STATES OF AMERICA, | ) | INDICTMENT NO. CR609-27 |
| --- | --- | --- |
|  | ) |  |
| v. | ) | VIO: 18 U.S.C. §922(g)(1) |
|  | ) |  |
| ALPHONZO GAFFNEY GLENN | ) |  |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses, with prejudice, defendant **ALPHONZO GAFFNEY GLENN**, from the indictment herein, said dismissal being in the interests of justice. The Magistrate Judge has entered a Report and Recommendation granting a Motion to Suppress, which the government will not appeal.

/s/ *Edmund A. Booth, Jr.*
Edmund A. Booth, Jr.
United States Attorney
Georgia Bar No. 068000

/s/ *James D. Durham*
James D. Durham
Assistant United States Attorney
Georgia Bar No. 235515

/s/ *Joseph D. Newman*
Joseph D. Newman
Assistant United States Attorney
Georgia Bar No. 541150

Leave of court is granted for the filing of the foregoing dismissal, with prejudice, from Indictment No. CR609-27.

So ORDERED, this 31 day of July 2009.

HON. B. AVANT EDENFIELD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA